WEBER, Respondent, v. HOUCK, Appellant. (Supreme Court, General Term, Fifth Department. December 28, 1895.) Action by George Weber against Nancy R. Houck. No opinion. Judgment and order affirmed.

WESTON et al., Appellants, v. LOVEJOY, Respondent. (Supreme Court, General Term, Third Department. December 3, 1895.) Action by Abijah Weston and others against Henry Lovejoy. No opinion. Judgment affirmed, with costs.

WHITCOMB, Respondent, v. POSTAL TELEGRAPH CABLE CO., Appellant. (Supreme Court, General Term, Fifth Department. December 28, 1895.) Action by Edwin E. Whitcomb, as administrator, etc., against the Postal Telegraph Cable Company. No opinion. Judgment and order affirmed.

WHITE et al. v. BENJAMIN et al. (Superior Court of City of New York, General Term. December 18, 1885.) Action by Eliza W. White and others against Edward M. Benjamin and others. Smith & Dougherty and L. S. Tenney, for appellants. Whitlock & Simonds (W. C. Beecher, of counsel), for respondents.

PER CURIAM. To warrant a new trial in this case the practice requires not only that the newly-discovered evidence be material, and that it has been discovered since the trial, but that the evidence could not, by the exercise of reasonable diligence, have been sooner discovered; and that it is so decisive in character as to make it appear with reasonable certainty that on another trial it would change the result. The defendants did not present a case bringing them within the rule stated, and no error was committed by the court below in denying their motion. The order appealed from must be affirmed, with costs.

WHITE, Respondent, v. BEYERS, Appellant. (Superior Court of City of Buffalo, General Term. December 23, 1895.) Action by Ansley D. White against James W. Beyers. No opinion.

Judgment and order appealed from affirmed, with costs.

WHITE, Appellant, v. LOUDON et al., Respondents. (Supreme Court, General Term, Fifth Department. October Term, 1895.) Action by Jonas J. White against John Loudon and others. George Clinton, for appellant. George H. Frost, for respondents. No opinion. Judgment affirmed on opinion of WARD, J., at special term (28 N. Y. Supp. 619).

WIGGINS v. SMITH. (Supreme Court, Appellate Division, Second Department. January 14, 1896.) Action by William B. Wiggins against Elmer S. Smith. No opinion. Order affirmed, without costs. All concur, except BROWN, P. J., not sitting.

WILLIAMSON, Respondent, v. CARLTON et al., Appellants. (Supreme Court, General Term, Third Department. December 28, 1895.) Action by Fred Williamson against Frank W. Carlton and another. No opinion. Order affirmed, with $10 costs.

WIMMER v. CLEARY et al. (Supreme Court, General Term, Second Department. December 2, 1895.) Action by Catherine Wimmer against Patrick Cleary and others. No opinion. Motion for reargument denied, with $10 costs. DYKMAN, J., not sitting. See 34 N. Y. Supp. 1151.

WOODSTOCK NAT. BANK, Appellant, v. TOWN OF WAVERLY, Respondent. (Supreme Court, General Term, Third Department. December 3, 1895.) Action by the Woodstock National Bank against the town of Waverly. No opinion. Judgment affirmed, with costs.

WOODWARD, Respondent, v. FIFTEENTH WARD LOAN ASS'N, Appellant. (Supreme Court, General Term, Fifth Department. December 28, 1895.) Action by Charles E. Woodward against Fifteenth Ward Loan Association. No opinion. Judgment and order affirmed, with costs.

YOUNG, Respondent, v. NESTELL, Appellant. (Supreme Court, General Term, Third Department. December 28, 1895.) Action by Myron Young against George E. Nestell. No opinion. Order affirmed, with costs.